UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINGO GERMAN MACAVILCA,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States,<br><br>Respondent. | CASE NO. C08-36-TSZ-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, petitioner's Motion for Reduction of Bond or Change in Conditions of Release, respondent's Motion to Dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, Petitioner's objections or responses to that, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. The removal period started on June 5, 2008;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, is DENIED, petitioner's Motion for Reduction of Bond or Change in Conditions of Release, Dkt. 17, is DENIED;

ORDER OF DISMISSAL

(3) Respondent's Motion to Dismiss, Dkt. 19, is GRANTED; and

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 25th day of August, 2008.

_____
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL